71,530-12

## Court of Criminal Appeals of Texas

In Re                    §          WR-71,530-12
Dedrick Matthews         §          Tr.Ct.No. 114-0921-07-L
                         §

Greetings,

I recently spoke with a clerk from this office about WR-71,530-12, Tr.Ct.No. 114-0921-07-L which should have 2 grounds:

(1) 18 year Sentence Trial Court Imposed infringed Applicant Eighth Amendment right Against Cruel and Unusual Punishment pursuant to Criminal Law §73 Punishment

(2) Pursuant to the 4th Amendment of the U.S. Constitution Applicant request Court to Suppress any and all evidence obtained as a result of the Arrest without a warrant.

I would like to have a copy of the forementioned file for my records.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Thanks for your Time